```
BARBARA JEANNE ALTEMEIER
13861 YOCKEY STREET
GARDEN GROVE, CA 92844-2663
TELEPHONE: (714) 379-9557

BARBARA JEANNE ALTEMEIER, Pro se
```

**ORIGINAL**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA JEANNE ALTEMEIER, | NO. SACV 10-1692-JVS (AGR) |
| Plaintiff, | |
| v. | PLAINTIFF'S RESPONSE TO |
| DALLAS COUNTY, TEXAS, et al., | ORDER TO SHOW CAUSE |
| Defendants. | |

NOW COMES Barbara Jeanne Altemeier, Plaintiff, to file this Plaintiff's Response to Order to Show Cause and would show the Court the following, to wit:

As a response to the Honorable Alicia G. Rosenberg's Order to Show Cause, the Plaintiff states that this Honorable Court has jurisdiction to transfer this instant case to any district or division in which this instant case could have been brought pursuant to 28 U.S.C. § 1406(a).

1

1 Petitioner will serve each Defendant. Therefore, Defendants indeed will have notice of this action. Defendants' argument would be a matter of formality if served properly.

It would not be in the interest of justice to not transfer this instant case to the United States District Court, Northern District of Texas. In fact, it would be in the interest of justice to transfer in accordance with the amount of cost and expense in time by this Honorable Court and the Plaintiff. The amount of cost and expense already invested in this instant case would be of waste until and unless this Honorable Court transfers to the Northern District of Texas.

Furthermore, when Plaintiff learned that she inadvertently filed the Complaint in the wrong venue, Plaintiff has taken immediate action to remedy this and will properly serve Defendants in compliance of the requirements of Federal Rules of Civil Procedure.

This action and filing of the Plaintiff's Complaint is not frivolous. The Plaintiff would be prejudiced until and unless this Honorable Court transfers this instant case to the Northern District of Texas. In showing good cause to this Honorable Court, Plaintiff prays to not be prejudiced. Good-faith filing of this action is in the interest of justice and thus transfer pursuant to the orders received in Elan Suisse Ltd. v. Christ, 2006 WL 3838237 CIV A 06-3901; and In re Swinney, 300 B.R. 388 2003.

THEREFORE, IT IS Prayed that this Court would consider this Response and pardon this unintentional mistake and transfer this instant case to the United States District Court, Northern District of Texas.

Respectfully submitted,

*[signature]*
Barbara Jeanne Altemeier, Pro Se
13861 Yockey Street
Garden Grove, California  92844
(714) 379-9557

### VERIFICATION

IT IS HEREBY Verified that under the penalties of perjury that the foregoing Plaintiff's Response to Order to Show Cause is true and correct to the best of my knowledge and belief.

Witness my hand and seal this 15 day of November, 2010.

*[signature]*
Barbara Jeanne Altemeier